IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GARY HARTMAN and<br>MARY ANN HARTMAN,<br><br>_____<br><br>GARY HARTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE<br>COMPANY,<br><br>    Defendant. | Case No. 06-cv-1214<br><br>Judge Ambrose |

## ORDER

AND NOW, to-wit, this 3d day of October, 2006, upon consideration of the Motion to Voluntarily Dismiss Action filed by Defendant, Great American Insurance Company, it is hereby

ORDERED, ADJUDGED and DECREED that the Motion to Withdraw the Reference filed by Defendant in the above-captioned case is dismissed without prejudice, that the above-captioned Action is hereby closed, and that no further action by the parties is necessary.

*Donetta F. Ambrose*
UNITED STATES DISTRICT JUDGE

HARTMAN v. GREAT AMERICAN INSURANCE COMPANY                                                    Doc. 6